

# Charlotte-Mecklenburg Police Department

| Filter Criteria | |
|---|---|
| Type | Select |
| Geography | Tax Parcels |
| Area | 07801402 |
| Layer | Reported Incidents |
| Data | For Public Release |
| Date Range | 6/27/2017 - 7/25/2022 |

| Complaint No | Date | Street Block | Incident Type | Status |
|---|---|---|---|---|
| 20170709-2134-03 | 09-Jul-2017 | 100 W TRADE ST | All Other Thefts | Exceptionally Cleared |
| 20170723-2155-01 | 23-Jul-2017 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20170730-0339-01 | 30-Jul-2017 | 100 W TRADE ST | Simple Assault | Open |
| 20170730-1505-00 | 30-Jul-2017 | 100 W TRADE ST | Simple Assault | Exceptionally Cleared |
| 20170903-0139-02 | 03-Sep-2017 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20170914-0018-02 | 14-Sep-2017 | 100 W TRADE ST | Drug/Narcotic Violations - Marijuana | Cleared By Arrest |
| 20170929-2157-00 | 29-Sep-2017 | 100 W TRADE ST | Suicide | Open |
| 20171015-0803-02 | 15-Oct-2017 | 100 W TRADE ST | Simple Assault | Open |
| 20171017-0330-01 | 17-Oct-2017 | 100 W TRADE ST | Theft From Building | Exceptionally Cleared |
| 20180226-1740-02 | 26-Feb-2018 | 100 W TRADE ST | Suicide | Open |
| 20180303-2154-00 | 03-Mar-2018 | 100 W TRADE ST | All Other Offenses | Open |
| 20180327-0031-01 | 27-Mar-2018 | 100 W TRADE ST | Purse-Snatching | Open |
| 20180502-1150-00 | 02-May-2018 | 100 W TRADE ST | Credit Card/Teller Fraud | Open |
| 20180710-1524-03 | 10-Jul-2018 | 100 W TRADE ST | Simple Assault | Open |
| 20180721-1626-00 | 21-Jul-2018 | 100 W TRADE ST | Simple Assault | Cleared By Arrest |
| 20180817-0022-00 | 17-Aug-2018 | 100 W TRADE ST | Other Unlisted Non-Criminal | Open |
| 20180818-1725-04 | 18-Aug-2018 | 100 W TRADE ST | Drug/Narcotic Violations - Opium | Exceptionally Cleared |
| 20180831-1748-03 | 31-Aug-2018 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20180908-0518-01 | 08-Sep-2018 | 100 W TRADE ST | Forcible Fondling | Open |
| 20180910-1439-04 | 10-Sep-2018 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20180926-1421-03 | 26-Sep-2018 | 100 W TRADE ST | Overdose | Exceptionally Cleared |
| 20181020-1415-02 | 20-Oct-2018 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20181117-0907-01 | 17-Nov-2018 | 100 W TRADE ST | All Other Thefts | Open |
| 20181207-2336-01 | 07-Dec-2018 | 100 W TRADE ST | Simple Assault | Cleared By Arrest |
| 20181231-1750-04 | 31-Dec-2018 | 100 W TRADE ST | Credit Card/Teller Fraud | Open |
| 20190104-0024-01 | 04-Jan-2019 | 100 W TRADE ST | Weapon Law Violations - Gun | Cleared By Arrest |
| 20190202-0935-01 | 02-Feb-2019 | 100 W TRADE ST | Credit Card/Teller Fraud | Open |
| 20190420-2155-03 | 20-Apr-2019 | 100 W TRADE ST | Drug/Narcotic Violations - Marijuana | Cleared By Arrest |
| 20190522-1820-05 | 22-May-2019 | 100 W TRADE ST | All Other Thefts | Open |
| 20190603-0151-01 | 03-Jun-2019 | 100 W TRADE ST | All Other Thefts | Open |
| 20190622-1700-01 | 22-Jun-2019 | 100 W TRADE ST | Extortion/Blackmail | Open |
| 20190718-0740-02 | 18-Jul-2019 | 100 W TRADE ST | Theft From Motor Vehicle | Open |



| | | | | |
|---|---|---|---|---|
| 20190902-1727-02 | 02-Sep-2019 | 100 W TRADE ST | All Other Thefts | Open |
| 20190905-0238-01 | 05-Sep-2019 | 100 W TRADE ST | Aggravated Assault - Knife | Cleared By Arrest |
| 20191007-1800-01 | 07-Oct-2019 | 100 W TRADE ST | Other Unlisted Non-Criminal | Open |
| 20191016-0857-02 | 16-Oct-2019 | 100 W TRADE ST | Sudden/Natural Death Investigation | Exceptionally Cleared |
| 20191016-1212-00 | 16-Oct-2019 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20191126-1231-06 | 26-Nov-2019 | 100 W TRADE ST | Strong Arm Robbery - Personal | Open |
| 20191214-1122-00 | 14-Dec-2019 | 100 W TRADE ST | All Other Offenses | Open |
| 20191219-1703-03 | 19-Dec-2019 | 100 W TRADE ST | Damage/Vandalism Of Property | Open |
| 20200109-2135-00 | 09-Jan-2020 | 100 W TRADE ST | Simple Assault | Cleared By Arrest |
| 20200211-1934-02 | 11-Feb-2020 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20200216-1918-00 | 16-Feb-2020 | 100 W TRADE ST | Sudden/Natural Death Investigation | Exceptionally Cleared |
| 20200316-0723-00 | 16-Mar-2020 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20200531-0234-05 | 31-May-2020 | 100 W TRADE ST | Damage/Vandalism Of Property | Open |
| 20200926-0302-02 | 26-Sep-2020 | 100 W TRADE ST | Sudden/Natural Death Investigation | Exceptionally Cleared |
| 20201030-2328-01 | 30-Oct-2020 | 100 W TRADE ST | Simple Assault | Exceptionally Cleared |
| 20201116-1107-00 | 16-Nov-2020 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20201116-1254-01 | 16-Nov-2020 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20201122-0749-03 | 22-Nov-2020 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20210327-2058-01 | 27-Mar-2021 | 100 W TRADE ST | Simple Assault | Cleared By Arrest |
| 20210407-0307-01 | 07-Apr-2021 | 100 W TRADE ST | Other Unlisted Non-Criminal | Open |
| 20210528-0841-00 | 28-May-2021 | 100 W TRADE ST | Simple Assault | Open |
| 20210605-2304-00 | 05-Jun-2021 | 100 W TRADE ST | All Other Offenses | Open |
| 20210620-1956-01 | 20-Jun-2021 | 100 W TRADE ST | Arson | Exceptionally Cleared |
| 20210703-1024-01 | 03-Jul-2021 | 100 W TRADE ST | All Other Thefts | Open |
| 20210706-0610-00 | 06-Jul-2021 | 100 W TRADE ST | Trespass Of Real Property | Cleared By Arrest |
| 20210908-1610-03 | 08-Sep-2021 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20210928-1157-01 | 28-Sep-2021 | 100 W TRADE ST | Credit Card/Teller Fraud | Open |
| 20211013-1718-01 | 13-Oct-2021 | 100 W TRADE ST | All Other Thefts | Open |
| 20211111-0737-00 | 11-Nov-2021 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20211126-1821-02 | 26-Nov-2021 | 100 W TRADE ST | Motor Vehicle Theft | Open |
| 20211128-1459-03 | 28-Nov-2021 | 100 W TRADE ST | All Other Offenses | Open |
| 20211218-0420-01 | 18-Dec-2021 | 100 W TRADE ST | All Other Thefts | Open |
| 20211219-0245-01 | 19-Dec-2021 | 100 W TRADE ST | Simple Assault | Open |
| 20220115-2147-00 | 15-Jan-2022 | 100 W TRADE ST | Drug/Narcotic Violations - Marijuana | Cleared By Arrest |
| 20220131-0600-02 | 31-Jan-2022 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20220205-2118-03 | 05-Feb-2022 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20220209-1940-00 | 09-Feb-2022 | 100 W TRADE ST | All Other Thefts | Open |
| 20220228-1345-01 | 28-Feb-2022 | 100 W TRADE ST | All Other Thefts | Open |
| 20220314-1244-01 | 14-Mar-2022 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20220331-0053-03 | 31-Mar-2022 | 100 W TRADE ST | Aggravated Assault - Other | Open |
| 20220331-1846-04 | 31-Mar-2022 | 100 W TRADE ST | Theft From Motor Vehicle | Open |
| 20220401-2000-01 | 01-Apr-2022 | 100 W TRADE ST | Damage/Vandalism Of Property | Open |





| | | | | |
|---|---|---|---|---|
| 20220407-1544-03 | 07-Apr-2022 | 100 W TRADE ST | Pocket-Picking | Open |
| 20220408-0434-01 | 08-Apr-2022 | 100 W TRADE ST | Forcible Sodomy | Cleared By Arrest |
| 20220408-0908-00 | 08-Apr-2022 | 100 W TRADE ST | Trespass Of Real Property | Cleared By Arrest |
| 20220421-2221-03 | 21-Apr-2022 | 100 W TRADE ST | Overdose | Exceptionally Cleared |
| 20220520-0636-00 | 20-May-2022 | 100 W TRADE ST | Shoplifting | Open |
| 20220529-1000-15 | 29-May-2022 | 100 W TRADE ST | Other Unlisted Non-Criminal | Exceptionally Cleared |
| 20220602-0942-01 | 02-Jun-2022 | 100 W TRADE ST | Human Trafficking, Involuntary Servitude | Open |
| 20220602-2306-02 | 02-Jun-2022 | 100 W TRADE ST | Credit Card/Teller Fraud | Open |
| 20220618-1455-01 | 18-Jun-2022 | 100 W TRADE ST | All Other Thefts | Open |
| 20220630-0936-03 | 30-Jun-2022 | 100 W TRADE ST | Trespass Of Real Property | Cleared By Arrest |
| 20220711-0808-00 | 11-Jul-2022 | 100 W TRADE ST | Theft From Motor Vehicle | Open |