IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CASE NO. 3:24-cv-00344-FDW-SCR

JOHN DOE and JANE DOE,

        Plaintiffs,

vs.

MARRIOTT INTERNATIONAL, INC.; CWI 2 CHARLOTTE HOTEL, LP, CHARLOTTE 2 HOTEL OPERATOR, LLC, PARKING MANAGEMENT COMPANY,

        Defendants.

## MOTION TO WITHDRAW

Pursuant to Local Civil Rule 83.1(f), Travis R. Joyce of the law firm of Cozen O'Connor requests that this Court permit him to withdraw as counsel for Defendants Marriott International, Inc., CWI 2 Charlotte Hotel, LP, and Charlotte 2 Hotel Operator, LLC ("Defendants") in this action. In support of this Motion, Mr. Joyce shows the Court as follows:

1. Mr. Joyce is one of the attorneys of record for Defendants. Mr. Joyce is transferring to another department at Cozen O'Connor.

2. Charles A. Kinney, also of Cozen O'Connor, will remain as counsel for Defendants, so Mr. Joyce's withdrawal will not prejudice Defendants in this matter.

3. Defendants consent to this Motion to Withdraw.

4. Accordingly, good cause exists for this Motion and Mr. Joyce's request to withdraw as counsel for Defendants this action.

For these reasons, Travis R. Joyce respectfully requests that the Court enter an order permitting his withdrawal from this action.

This the 15th day of August 2024.

                                      COZEN O'CONNOR

                                      /s/ Travis R. Joyce
                                      Travis R. Joyce, N.C. Bar No. 52233
                                      301 S. College Street, Suite 2100
                                      Charlotte, NC 28202
                                      Telephone: (704) 348-3400
                                      Facsimile: (704) 334-3351
                                      E-mail:   tjoyce@cozen.com

# CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Lee A. Floyd
Jeffrey A. Breit
Sarah G. Sauble
BREIT BINIAZAN, PC
2100 East Cary Street, Ste. 310
Richmond, VA 23223
Telephone: 757.992.8462
E-mail: Lee@bbtrial.com
Jeffrey@bbtrial.com
Sarah@bbtrial.com
*Counsel for Plaintiffs*

Todd A. King
CRANFILL SUMNER LLP
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: 704.332.8300
E-mail: tking@cshlaw.com
*Counsel for Defendant Parking Management Company*

This the 15th day of August 2024.

/s/ Travis R. Joyce
*Attorney for Defendants Marriott International, Inc., CWI 1 Charlotte Hotel, LP and Charlotte 2 Hotel Operator, LLC*