IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL CASE NO. 3:24-cv-00344-FDW-SCR

| | |
|---|---|
| JOHN DOE and JANE DOE,<br><br>    **Plaintiffs,**<br><br>vs.<br><br>MARRIOTT INTERNATIONAL, INC.; CWI 2 CHARLOTTE HOTEL, LP, CHARLOTTE 2 HOTEL OPERATOR, LLC, PARKING MANAGEMENT COMPANY,<br><br>    **Defendants.** | **SUPPLEMENTAL RULE 26(a)(1) INITIAL DISCLOSURES** |

## CERTIFICATE OF SERVICE

This is to certify that I electronically filed the foregoing document with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following counsel of record:

Lee A. Floyd
Jeffrey A. Breit
Sarah G. Sauble
BREIT BINIAZAN, PC
2100 East Cary Street, Ste. 310
Richmond, VA 23223
Telephone: 757.992.8462
E-mail: Lee@bbtrial.com
Jeffrey@bbtrial.com
Sarah@bbtrial.com
*Counsel for Plaintiffs*

Todd A. King
CRANFILL SUMNER LLP
Post Office Box 30787
Charlotte, North Carolina 28230
Telephone: 704.332.8300
E-mail: tking@cshlaw.com
*Counsel for Parking Management Company*

This 5th day of September 2024.

_____
Charles A. Kinney
*Attorney for Defendants Marriott International, Inc., CWI 1 Charlotte Hotel, LP and Charlotte 2 Hotel Operator, LLC*