## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF NORTH CAROLINA
## CHARLOTTE DIVISION
## CIVIL ACTION NO. 3:24-CV-00344-SCR

| | |
|---|---|
| JOHN DOE, et. al.,       ) | |
|       ) | |
|       **Plaintiffs,**      ) | |
|       ) | |
| **v.**      ) | |
|       ) | **ORDER** |
| **MARRIOTT INTERNATIONAL, INC.,**      ) | |
| **et. al.,**      ) | |
|       ) | |
|       **Defendants.**      ) | |

**THIS MATTER** is before the Court on the "Motion[s] for Admission *Pro Hac Vice* and Affidavit[s] [for Thomas G. Tidwell and Luciana Aquino]" (Doc. Nos. 28 & 29) filed December 4, 2024. For the reasons set forth therein, the Motions will be granted.

The Clerk is directed to send copies of this Order to counsel for the parties, including but not limited to moving counsel.

**SO ORDERED**.

Signed: December 4, 2024

Susan C. Rodriguez
United States Magistrate Judge