# UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF NORTH CAROLINA
# CHARLOTTE DIVISION

JOHN DOE and JANE DOE

    Plaintiffs,

v.                                                                  CIVIL ACTION NO. 3:24-cv-00344

MARRIOTT INTERNATIONAL, INC., et al.

    Defendants.

## STIPULATION OF VOLUNTARY DISMISSAL

It is hereby stipulated and agreed by and between the parties and their counsels that the above-captioned action is voluntarily dismissed, without prejudice, against Defendant Sodexo, Inc., d/b/a Marriott Services, LLP pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

Dated: June 3, 2025


/s/ Jeffrey A. Breit
Jeffrey A. Breit, Esq. (NCSB No. 17820)
Lee Adair Floyd, Esq., *admitted Pro Hac Vice*
Sarah G. Sauble, Esq., *admitted Pro Hac Vice*
Breit Biniazan, PC
2100 East Cary Street, Ste. 310
Richmond, VA 23223
Telephone: 757-622-6000
Facsimile: 757-670-3939
Jeffrey@bbtrial.com
Lee@bbtrial.com
Sarah@bbtrial.com
*Counsel for Plaintiffs*

/s/ Todd A. King
Todd A. King (NCSB No. 28621)
Cranfill Sumner LLP
P.O. Box 30787
Charlotte, North Carolina 28230
Telephone: 704-332-8300
Facsimile: 704-332-9994
tking@cshlaw.com
*Counsel for Defendant Parking Management Company*


/s/ Thomas G. Tidwell
Charles A. Kinney (NCSB No. 41367)
Thomas G. Tidwell, *admitted Pro Hac Vice*
Luciana Aquino, *admitted Pro Hac Vice*
Cozen O'Connor
301 S. College Street, Suite 2100
Charlotte, North Carolina 28202
Telephone: 704-348-3466
Facsimile: 704-334-3351
cakinney@cozen.com
ttidwell@cozen.com
laquino@cozen.com
*Counsel for Defendants Marriott International, Inc.,*
*Marriott Hotel Services, LLC, CWI 2 Charlotte Hotel, LP,*
*and Charlotte 2 Hotel*
*Operator LLC*


/s/ David A. Keirstead
David A. Keirstead (NCSB No. 59623)
Ellis & Winters LLP
PO Box 2752
Greensboro, North Carolina 27402
Telephone: 336-217-4193
Facsimile: 336-217-4198
david.keirstead@elliswinters.com
*Counsel for Defendants Sodexo, Inc.*

## CERTIFICATE OF SERVICE

I hereby certify that on June 3, 2025, I electronically filed the foregoing with the Clerk of Court using the Court's CM/ECF filing system which will send notification of electronic filing (NEF) to all counsel of record.

/s/ Jeffrey A. Breit<br>
*Counsel for Plaintiffs*