UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA

## Joint Stipulation of Consent to Exercise Jurisdiction by a United States Magistrate Judge

Case No. 3:24-cv-344

John Doe and Jane Doe

**Plaintiff,**

v.

Marriott International, Inc., et al.

**Defendant.**

**In accordance with the provisions of Title 28, United States Code, Section 636(c) and Fed. R. Civ. P. 73, the parties in this case consent to have a United States magistrate judge conduct any and all proceedings in the case, including trial, order the entry of a final judgment and conduct all post-judgment proceedings.**

| /s/ Jeffrey A. Breit | Plaintiffs | 06/302025 |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

| /s/ Thomas Tidwell | Defendants | 06/30/2025 |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

| /s/ Charles A. Kinney | Defendants | 06/30/2025 |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

| /s/ Todd A. King | Defendants | 06/30/2025 |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

| | | |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

| | | |
|---|---|---|
| **Counsel's Signature** | **Party** | **Date** |

WDNC-Stip. To Consent to Jurisdiction by a US Magistrate Judge – Jan. 2012

Case 3:24-cv-00344-SCR    Document 50    Filed 06/30/25    Page 1 of 1